IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00118-MSK-CBS

MICHAEL WAYNE FLEMING,

    Plaintiff,
v.

MR. MOLLOY, Acting Denver County Deputy Sheriff, Individual Capacity,
MR. FLINK, Acting Denver County Deputy Sheriff, Individual Capacity, and
MS. ESPINOZA, Acting Denver County Deputy Sheriff, Individual Capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 9 2007

GREGORY C. LANGHAM
CLERK

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 18th day of June, 2007

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00118-MSK-CBS

Michael Wayne Fleming
Prisoner No. 100942
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

US Marshal Service
Service Clerk
Service forms for: Mr. Molloy, Mr. Flink, and Ms. Espinoza


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Mr. Molloy, Mr. Flink, and Ms. Espinoza: AMENDED COMPLAINT FILED 5/14/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/19/07.

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                   Deputy Clerk