**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  07-cv-00118-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  September 18, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

MICHAEL FLEMING,                                             Pro se, via telephone

    **Plaintiff,**

v.

MR. MOLLOY, (individual capacity), Acting Denver           John M. Eckhardt
County Deputy Sheriff, *et al.,*                           Sarah E. McCutcheon
                                                           Dan S. Foster

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:    PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:        10:08 a.m.**
Court calls case.  Appearances of counsel and pro se plaintiff.

**ORDERED:    The Unopposed Motion for a More Definite Statement [filed July 30, 2007; doc. 35] is denied as moot for the reasons stated on the record.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:  **October 31, 2007.**

Discovery Cut-off:  **January 18, 2008.**

Dispositive Motions deadline:  **March 17, 2008.**

HEARING CONCLUDED.
**Court in recess:        10:51 a.m.**
Total time in court:        00:43