IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00118-MSK-CBS

MICHAEL WAYNE FLEMING,

    Plaintiff,

v.

MR. MOLLOY (individual capacity), Acting Denver County Deputy Sheriff,
MR. FLINK (individual capacity), Acting Denver County Deputy Sheriff, and
MS. ESPINOSA (individual capacity), Acting Denver County Deputy Sheriff,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Motion for Leave of Court to Depose Michael Wayne Fleming (*doc. no. 89)* is **GRANTED**. Defendants are permitted to take the deposition of Mr. Fleming at the Limon Correctional Facility on March 13, 2008, beginning at approximately 9:30 a.m.

**DATED:**    January 28, 2008