IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00118-MSK-CBS

MICHAEL WAYNE FLEMING,

 Plaintiff,

v.

MR. MOLLOY (individual capacity), Acting Denver County Deputy Sheriff,
MR. FLINK (individual capacity), Acting Denver County Deputy Sheriff, and
MS. ESPINOSA (individual capacity), Acting Denver County Deputy Sheriff,

 Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

 IT IS HEREBY ORDERED that Defendants' Second Motion for Leave of Court to Depose Michael Wayne Fleming (*doc. no. 108*) is **GRANTED**. Defendants are permitted to take the deposition of Mr. Fleming at the Limon Correctional Facility on April 24, 2008, beginning at approximately 9:30 a.m.

 IT IS FURTHER ORDERED that Plaintiff's Motion to Modify Pretrial Schedule (*doc. no. 106*) is **GRANTED**. The discovery and dispositive motion deadlines are **VACATED**.

 A scheduling conference will be held on **May 22, 2008, at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit their respective confidential settlement memorandum and a joint proposed scheduling order on or before **May 15, 2008**.

 Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order.

 Parties shall e-mail their Confidential Settlement Statement, not to exceed fifteen (15) pages (including any attachments), in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. Confidential settlements that are <u>over</u> fifteen (15) pages are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

IT IS FURTHER ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with FED.R.CIV.P. 26(f), as amended, D.C.COLO.LCivR 26.1, and App. F on or before **May 1, 2008**.

IT IS FURTHER ORDERED that on or before **May 15, 2008**, Parties shall comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1), as amended.

**DATED:** April 14, 2008