IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00118-MSK-CBS

MICHAEL WAYNE FLEMING,
    Plaintiff,
v.

MR. MOLLOY (individual capacity), Acting Denver County Deputy Sheriff,
MR. FLINK (individual capacity), Acting Denver County Deputy Sheriff,
MS. ESPINOZA (individual capacity), Acting Denver County Deputy Sheriff,
    Defendants.

---

THIRD ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

Magistrate Judge Craig B. Shaffer

    Mr. Fleming has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. Section1915(b)(2) requires an indigent inmate plaintiff to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. Mr. Fleming has been instructed to make such payments. (*See* "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of an Initial Partial Filing Fee" (doc. # 17); "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 63); "Second Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 71)).

    Mr. Fleming has failed to make the required monthly payments or show cause why he has no assets and no means by which to make the monthly payments for April, May, June, and July 2008. Mr. Fleming has failed to comply with Title 28 U.S.C. § 1915 and the court's Orders. It is not acceptable for Mr. Fleming to meet his monthly obligations only when specifically called upon by the court through an order to pay or

show cause, as such a procedure unreasonably burdens the court. Accordingly,

IT IS ORDERED that:

1. On or before August 15, 2008, Mr. Fleming shall either make the required monthly payments for April, May, June, and July 2008 or show cause for his inability to pay. In order to verify that the appropriate monthly amount is being paid, Mr. Fleming must file a certified copy of his trust fund account statement for that month. In order to show cause, Mr. Fleming must file a certified copy of his trust fund account statement for each month.

2. By the 15th day of each month Mr. Fleming shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment.

3. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

4. If Mr. Fleming fails to comply with this Order, the court will recommend dismissal of the Amended Complaint without further notice.

DATED at Denver, Colorado this 31st day of July, 2008.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge