## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00118-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 4, 2008 | Courtroom Deputy: Ben Van Dyke |

MICHAEL FLEMING,                                Brice A. Tondre

    **Plaintiff,**

v.

MR. MOLLOY, (individual capacity), Acting Denver    John M. Eckhardt
County Deputy Sheriff, *et al.,*     Christopher P. Carrington
    L. Douglas Jewell

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 2:32 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding and discuss the Motion for Leave to File Second Amended Complaint [filed October 23, 2008; doc. 138].

**ORDERED:** The Motion for Leave to File Second Amended Complaint [filed October 23, 2008; doc. 138] is taken under advisement.

**ORDERED:** Plaintiff may file a supplemental brief directed to ADA issues by December 15, 2008, and defendants may file a surreply by December 22, 2008.

The parties will complete plaintiff's deposition by the discovery cut-off.

HEARING CONCLUDED.

**Court in recess:** 3:11 p.m.
Total time in court: 00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.