# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00118-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: January 16, 2009** | Courtroom Deputy: Ellen E. Miller |

MICHAEL FLEMING,          Brice A. Tondre
    **Plaintiff(s),**

       v.

MR. MOLLOY, and         John M. Eckhardt
MR. FLINK,         L. Douglas Jewell
    **Defendant(s).**

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 2:00 p.m.
Court calls case. Appearances of counsel.

Discussion is held regarding Plaintiff's Motion for Leave to File Second Amended Complaint [Docket No. 138] and the Plaintiff's Supplemental Brief in Support of Motion [Docket No. 146]. Docket No. 146-2 filed December 12, 2008 supersedes Docket No. 138-2 filed October 23, 2008.

**It is ORDERED:**     Plaintiff's MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [Docket No. 138, Filed October 23, 2008] is **GRANTED.** Plaintiff's attachment to the Supplemental Brief [DN 146-2] is accepted as the Second Amended Complaint for filing as of today.
Therefore, **Docket No. 146-2** is the operative document.

Mr. Tondre notes a discovery dispute regarding the 30(b)(6) deposition taken. Plaintiff is directed to produce on or before JANUARY 20, 2009 copies to the Court of 1. the 30(b)(6) notices and 2. the responses which plaintiff deems as inadequate
Mr. Tondre shall contact Court Chambers (303) 844-2117 to make arrangements for FAXing the copies to the Court. A telephonic conference will be set after the Court has reviewed the responses.

HEARING CONCLUDED.
**Court in recess:** 2:19 p.m.     Total time in court:    00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.